1  JUDY M. IRIYE, Bar No. 10,569
   jiriye@littler.com
2  LITTLER MENDELSON, P.C.
   2049 Century Park East
3  5th Floor
   Los Angeles, CA 90067.3107
4  Telephone:  310.553.0308
   Facsimile:   310.553.5583
5
   JAMIE CHU, Bar No. 283070
6  jchu@littler.com
   LITTLER MENDELSON, P.C.
7  2050 Main Street
   Suite 900
8  Irvine, CA 92614
   Telephone:  949.705.3000
9  Facsimile:   949.724.1201

10 Attorneys for Defendant
   ALLSCRIPTS MANAGED SERVICES, LLC
11 ERRONEOUSLY SUED AS ALLSCRIPTS
   HEALTHCARE, LLC

12 JOSEPH M. LOVRETOVICH, Bar No. 73403
   jml@jml.com
13 DAVID F. TIBOR, Bar No. 230563
   david@jmllaw.com
14 JASON M. YANG, Bar No. 287311
   jason@jmllaw.com
15 JML LAW, APLC
   21052 Oxnard Street
16 Woodland Hills, CA 91367
   Telephone:  818.610.8800
17 Facsimile:   818.610.3030

18 Attorneys for Plaintiff
   SERGIO PEREZ

19

20                    UNITED STATES DISTRICT COURT

21                    CENTRAL DISTRICT OF CALIFORNIA

22 SERGIO PEREZ, an individual,          Case No.  2:16-cv-06396-AB (Ex)

23              Plaintiff,

24 v.                                     [PROPOSED] ORDER GRANTING
                                          STIPULATED PROTECTIVE
25 ALLSCRIPTS HEALTHCARE, LLC,           ORDER
   A North Carolina Limited Liability
26 Company; and DOES 1 through 50,       Complaint Filed: July 13, 2016
   inclusive,
27
                Defendant.
28

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The Court, having read and considered the Joint Stipulation regarding [Proposed] Protective and Clawback Order of Sergio Perez and Defendant Allscripts Managed Services, LLC, erroneously sued as "Allscripts Healthcare, LLC," and good cause appearing therefore,

IT IS HEREBY ORDERED that the Parties' Joint Stipulation for a Protective and Clawback Order is GRANTED.

Dated:  __1 / 2 3__ , 2017

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

Firmwide:144791616.1 079231.1020

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

2.